734 A.2d 1289

COMMONWEALTH of Pennsylvania, Appellant,

v.

Robert Brian KREINER, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Joseph C. Madenspacher, Dist. Atty., Susan E. Moyer, Asst. Dist. Atty., District Attorney's Office, for Com.

James J. Karl, Public Defender, Merrill M. Spagn, Asst. Public Defender, Public Defender's Office, for Robert Kreiner.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated July 27, 1998, insofar as it is consistent with our disposition in *Williams* and we reverse its order insofar as it is inconsistent with the same. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.